2

DAVE M. McGRAW (State Bar No. 86389)
PATRICK K. McCLELLAN (State Bar No. 77352)
LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, California 94597-2738
(925) 944-0206

Attorneys for Movant
WELLS FARGO BANK, N.A.
Successor by merger to Wells Fargo Bank Southwest, N.A.
fka: Wachovia Mortgage, FSB

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALVIN L. APUAN,<br><br>Debtor.<br>_____<br><br>GARY FARRAR,<br><br>Trustee.<br>_____ | Case No. 09-46768<br>Chapter 7<br>Docket Control No.: DMM-1<br>**First Deed: 4556 Abruzzi Circle**<br><br>MOTION FOR RELIEF FROM STAY<br>[Bankruptcy Rule 4001,<br>Local Rule 4001, 9014-1]<br><br>Date: March 9, 2010<br>Time: 9:30 a.m.<br>Judge: Christopher M. Klein<br>Ctrm: 35<br>Place: U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA |

TO THE COURT AND TO ALL INTERESTED PARTIES:

    WELLS FARGO BANK, N.A., will and hereby does move the court for an order terminating the automatic stay provisions of 11 U.S.C. §362 and permitting Movant to continue to exercise its lien enforcement rights under the deed of trust described in the accompanying declaration and for attorney's fees incurred herein.

. . .

Said motion is made on grounds that debtor's estate has no realizable equity in said real property, that the property is not necessary for an effective reorganization of debtor herein, and that Movant is not adequately protected.

Furthermore, Movant specifically seeks to nullify the effect of Bankruptcy Rule 4001 (a)(3).

This motion is based on the papers and pleadings on file herein, the attached Declaration of Robert Martinez in Support of Motion for Relief From Stay, and the Relief From Stay Information Sheet which is incorporated herein by reference.

Dated: February 8, 2010    LAW OFFICES OF DAVE M. McGRAW

BY:/s/ Dave M. McGraw
DAVE M. McGRAW
Attorneys for Movant